1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 3  TYRONE NOEL NUNN, | Case No.  3:23-cv-00465-MMD-CLB |
| 4                                     Plaintiff | **ORDER** |
| 5       v. | |
| 6  DISTRICT OF NEVADA, et al., | |
| 7                                     Defendants | |
| 8 | |

9    On September 21, 2023, Plaintiff Tyrone Noel Nunn, an inmate in the custody of

10  the Nevada Department of Corrections, submitted a "Ex Parte Motion" that seeks the

11  appointment of counsel, waiver of fees, and issuance of a temporary restraining order

12  requiring "CERT" Corrections Officer Sharpp to keep away from Plaintiff, to transport

13  Plaintiff to the hospital, and to honor all Plaintiff's account transaction requests. (ECF

14  No. 1-1). But Plaintiff has not filed a complaint. Nor has he either paid the full $402 filing

15  fee or applied to proceed *in forma pauperis* in this action.

16    "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.

17  "A civil-rights complaint filed by a person who is not represented by an attorney must be

18  submitted on the form provided by this court or must be legible and contain substantially

19  all the information called for by the court's form." Nev. Loc. R. LSR 2-1. And the complaint

20  must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

21    Additionally, the United States District Court for the District of Nevada must collect

22  filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-

23  rights action is $402, which includes the $350 filing fee and the $52 administrative fee.

24  *See id.* at § 1914(b). "Any person who is unable to prepay the fees in a civil case may

25  apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an

26  inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the

27  following documents to the Court: (1) a completed **Application to Proceed *in Forma***

28  ***Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly

signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

For the foregoing reasons, it is ordered that **on or before December 11, 2023,** Plaintiff will either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

It is further ordered that, **on or before December 11, 2023**, Plaintiff will submit a complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complaint and either pay the required filing fee or file an application to proceed *in forma pauperis*.

It is further ordered that the Clerk of the Court will send Plaintiff Tyrone Noel Nunn the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same and the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED this 10th day of October 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2